

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



(1) __Victor Shipley__  __356680__
(Name of Plaintiff)      (Inmate Number)

__Po Box 9561 Wil, De 19801__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

__08 - 110 -__
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Napheal Williams "warden"__
(2) __Gene Binkley "Medical"__
(3) __Ralph Smith, M.D__
(Names of Defendants)

## CIVIL COMPLAINT

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  __None__

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

   1. What steps did you take? _I filed a Grievance_

   2. What was the result? _Sgt Moody say bleach would take care of MRSA, however, She did not address my concern. I caught MRSA_

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Rapheal Williams_
    Employed as _Wardon At HRYCI_ at _Po Box 9561_
    Mailing address with zip code: _Wilmington De 19801_

(2) Name of second defendant: _Gene Binkley 'Medical' at HRYCI_
    Employed as _Medical HRYCI_ at _Po Box 9561_
    Mailing address with zip code: _Wilmington De 19801_

(3) Name of third defendant: _Ralph Smith, M.D At HRYCI_
    Employed as _Medical Doctor_ at _HRYCI_
    Mailing address with zip code: _Po Box 9561 Wilmington De 19801_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Case 1:08-cv-00110-GMS    Document 2    Filed 02/21/2008    Page 3 of 13

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Monday Aug 20th I noticed a small pimpel looking spider bite like bump on the side of my chest. I was on the floor then on a old mat on pod 2-K cell 20 In H.R.Y.C.I. I came into H.R.Y.C.I. July 26 with no sickness.

2. On Tuesday 28 2007 of Aug it had gotten the size of a large Boil I went down to sick hall that night After Co's on the pod told me to frist cut it with a nail clipper but seen that he could get in trouble So he sent me down to see Gene Binkley MD. She said it was a Boil she cut it open to Drain it for sapaments. Wed. 29 2007 I was taking off my pod After MD. Binkley said don't put in any sick hall slips. The staff infection had started to spread they put me in

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like Relief for Compensatory Damages. Also for Physical pain and injury, Psychological damage including personal humiliation and Mental Anguish and injuries to the quality of my life. like placement in Segregation or deprivation of privileges.

3

Case 1:08-cv-00110-GMS   Document 2   Filed 02/21/2008   Page 4 of 13

the infirmary with people wit open wounds and yorn and Blood on the floor and walls.
Thur 30 Doc Smith told me it was a staff infection and let me go back to the pod. It would not stop bleeding puss. I was never taking to the hospital or was my family contacted about my condistion. I was not aware of what I have and put back on the floor on a new pod. I was not treated properly so it got worst. I was made to keep the same bandges on there and were the same durty tee shirts with puss on them. On Friday Sep1 the C.M.S Doctor's would not treat me properly so the infection got worst. On Sat Sept2 the D.O.C took me to sick hall on second shift even after memo said get me down every morning. On Sat 2 of Sept M.D. Binkley came to my pod with Sgt Aryes and told me I had MRSA and that I will be put in Icecalation Because I was saupose to keep my mouth shut and not put sick hall slips in. On Sat 2 Sep the QRT team came on the Pod and told me to pack my stuff hand cuff me and push my head agaisnt the shield twisted my arm and put me in Isnlation for nothing because they did not want me to get a hold of my family. I have been in Icealation Since Sep1 they do not let me get in contact wit my family or anybody from the law firm they talk about cutting me open. Also I have only got to take one shower in two weeks. They put a sign on my Door they would not bring my food in the room. People would make Disrespectful Commints I was not treated like a h...

Case 1:08-cv-00110-GMS    Document 2    Filed 02/21/2008    Page 5 of 13

2. Nominal Damages And Also Punitive Damages, Punitive Damages. Rights have been Violated. Punitive damages without proving Actual Injury. Defendants acted with reckless indifference to my rights, ill will a desire to injure or malice

3. Damages for improper Confinement in Segregation And particularly bad conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Victor Shipley 3-4-08

Signed this **MON** day of **March**, 2008

Victor Shipley
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Case 1:08-cv-00110-GMS   Document 2   Filed 02/21/2008   Page 6 of 13

### Methicillin-Resistant *Staphylococcus aureus* (MRSA) Fact Sheet
Appendix 1

#### What is MRSA?

*Staphylococcus aureus*, often referred to as "staph" is a common type of bacteria that is found the skin and in the nose of healthy persons. Staph bacteria may cause minor skin infections such as boils or more serious infections such as pneumonia and blood poisoning. Certain staph bacteria that have become resistant to first-line antibiotics are called MRSA. MRSA infections are more difficult to treat, but usually respond to antibiotic therapy. MRSA is NOT the 'flesh eating" bacteria.

#### How is MRSA spread from person to person?

MRSA is usually spread through direct physical contact with an infected person, but may also be transmitted through contact with contaminated objects or surfaces. MRSA is not spread by coughing unless the infected person has pneumonia.

#### How can I prevent becoming infected with MRSA?

- Wash your hands thoroughly with soap and water throughout the day, especially every time you use the toilet and before every meal.

- Never touch another person's wounds, infected skin, or dirty bandages.

- Maintain excellent personal hygiene through regular showers and by keeping your living space clean, including the regular laundering of your bed linens.

- Don't ever share personal hygiene items with others, including toiletries and towels.

- Clean off recreational equipment such as weight benches before direct contact with your body or use a clean barrier such as a towel or shirt between your bare skin and exercise equipment.

- Shower after participating in close-contact recreational activities whenever possible.

- Don't ever get a tattoo while in prison, use injection drugs, or have sexual contact with other inmates.

#### How does a person know that he or she has a MRSA infection?

Swabbing or aspirating pus from a skin infection is the most common way to detect MRSA.

#### Can MRSA be treated?

Strong antibiotics are usually effective in treating MRSA. Serious or highly resistant MRSA infections may require intravenous (IV) antibiotics in the hospital. Always seek medical attention if you develop a boil, red or inflamed skin, or a sore that does not go away that may look like an insect or spider bite.

Copyright © Correctional Medical Services, Inc. All Rights Reserved
CMS MRSA Form # 7613 created 1/2005

Case 1:08-cv-00110-GMS   Document 2   Filed 02/21/2008   Page 7 of 13

HRYCI Howard R.Young Correctional Institution          Date: 09/28/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHIPLEY, VICTOR | SBI# : 00356680 | Institution : HRYCI |
| Grievance # : 141702 | Grievance Date : 09/13/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 09/13/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was on 2K I caught MASA in HRYCI. Because of unclean place I and then they try to cover it up. Did not let me get in contact with family or take me to hospital.

**Remedy Requested** : Jail needs to be cleaned appropriately.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |

Page 1 of 6

Case 1:08-cv-00110-GMS   Document 2   Filed 02/21/2008   Page 8 of 13

HRYCI Howard R. Young Correctional Institution  Date: 09/28/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHIPLEY, VICTOR | SBI# : 00356680 | Institution : HRYCI |
| Grievance # : 141702 | Grievance Date : 09/13/2007 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 09/13/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

Page 2 of 6

Case 1:08-cv-00110-GMS    Document 2    Filed 02/21/2008    Page 9 of 13

HRYCI Howard R. Young Correctional Institution     Date: 09/28/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHIPLEY, VICTOR | SBI# : 00356680 | Institution : HRYCI |
| Grievance # : 141702 | Grievance Date : 09/13/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 09/13/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

### IGC

**Medical Provider:**          Date Assigned

**Comments:**
9/19/07 IGC informed I/M Shipley that bleach is available for cleaning. I/M Shipley did not sign off on the grievance. Sgt. Moody

[ ] Forward to MGC      [ ] Forward to Medical Provider      [ ] Warden Notified

[x] Forward to RGC      Date Forwarded to MGC :    09/20/2007

[ ] Offender Signature Captured      Date Offender Signed :

Case 1:08-cv-00110-GMS   Document 2   Filed 02/21/2008   Page 10 of 13

HRYCI Howard R. Young Correctional Institution  
1301 E. 12th Street  
WILMINGTON DE, 19809  
Phone No. 302-429-7700  

Date: 09/28/2007

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name: SHIPLEY, VICTOR | SBI#: 00356680 | Institution: HRYCI |
| Grievance #: 141702 | Grievance Date: 09/13/2007 | Category: Individual |
| Status: Unresolved | Resolution Status: | Inmate Status: |
| Grievance Type: Hygiene/Sanitation | Incident Date: 09/13/2007 | Incident Time: |
| IGC: Moody, Mary | Housing Location: Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

### RGC

Date Received: 09/20/2007    Date of Recommendation: 09/27/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Sabato, Joseph | Deny |
| Staff | | Regan, Cheryl M | Deny |
| Inmate | 00160854 | MINOR, THEODORE M | Deny |
| Inmate | 00463547 | RYLE, ALEX O | Deny |

### VOTE COUNT

Uphold: 0    Deny: 4    Abstain: 0

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

RGC convened Thursday, 9/27/07

The Committee recommends that the grievance be denied. I/M Shipley has been informed that bleach is available to use for daily cleaning. His complaint regarding MRSA has been addressed by Medical. I/M Shipley did not want to sign off on the grievance.

Case 1:08-cv-00110-GMS    Document 2    Filed 02/21/2008    Page 11 of 13

HRYCI Howard R. Young Correctional Institution     Date: 09/28/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHIPLEY, VICTOR | SBI# : 00356680 | Institution : HRYCI |
| Grievance # : 141702 | Grievance Date : 09/13/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 09/13/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

### REFERRED TO

Due Date :    Referred to :    Name:

Type of Information Requested :

### DECISION

Date Received : 09/27/2007
Decision Date : 09/27/2007    Vote : Deny
Comments : Concur with the RGC. The grievance is denied. The Insititution has a regular cleaning routine that is followed.

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**      **DATE**

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:____    NO:____

---

**GRIEVANT'S SIGNATURE**      **DATE**

---

**I.G.C. SIGNATURE**      **DATE**

Case 1:08-cv-00110-GMS    Document 2    Filed 02/21/2008    Page 12 of 13

HRYCI Howard R.Young Correctional Institution  
1301 E. 12th Street  
WILMINGTON DE, 19809  
Phone No. 302-429-7700

Date: 10/03/2007

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHIPLEY, VICTOR | SBI# : 00356680 | Institution : HRYCI |
| Grievance # : 141702 | Grievance Date : 09/13/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 09/13/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2M, Cell 17, Bed B | |

### APPEAL REQUEST

Appeal received 10/3/07 dated 10-1-07

I feel my problem should be heard by a higher people because it seems that the staff in HRYCI are putting this problem on the back burner. It's sixty people on the pods some in the gym and more and the health status is not being taken seriously. I'm on a pod with people that won't stop bleeding and more. I just feel this health issue is a real problem and bleach is not the answer at all because if it were it would be less people sick and dying in jails. ps I just got this paper on 10-1-07. Signed Victor Shipley dated 10-1-07

### REMEDY REQUEST

Victor Shipley
SBI 356680
PO Box 9561
H.R.Y.C.I.
Wilmington DE 19805

2M-17



Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE 19801

INMATE
LEGAL