OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 28, 2008

TO: Victar Shipley
SBI #356680
H.R.Y.C.
P.O. Box 9561
Wilmington, DE 19809

      **RE:  New Complaint Received - Civil Action 08-110 GMS**
            **Victar Shipley v. Warden Rapheal Williams, et.al.**

Dear Mr. Shipley:

    We are in receipt of a new civil action and an application to proceed without prepayment of fees and affidavit, submitted by you, to which we have assigned Civil Action Number 08-110 GMS.  Please be advised that your papers do not contain a date of completion or an original signature.  Please <u>sign and date</u> the enclosed copies of your complaint and application to proceed/affidavit and return it to the Clerk's Office within 30 days.

    You are also required to submit to the Clerk of Court, a certified copy of your trust fund account statement (memorandum or institutional equivalent, with attachments) **<u>showing all deposits, expenditures and balances</u>** during the six-month period, immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which you are confined.  **FAILURE TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS LETTER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

    Your signed Complaint and affidavit of pauper status will be submitted to a judge for determination as to your standing to proceed as a pauper.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

```
                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK
```

cc: Docket, CA 08-110 GMS

Enclosure:   Copy of Complaint and IFP, for signature, date and
             return to Clerk of Court