CA 08-110 GMS

RESIDENT HISTORY REPORT                                Page 1 of 1

HRYCI
03/07/08 15:42
ST 006 / OPR JNM

```
SBI             : 356680
Resident Name   : SHIPLEY, VICTOR
Time Frame      : 09/01/2007 10:25 - 03/07/2008 15:42
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/17/2007 | 09:24 | Add | 4 | gmw | D75704 | 50.00 | 50.04 |
| 09/18/2007 | 15:00 | Rec Payment | 10 | bsp | J12153 | 1.50 | 48.54 |
| 09/24/2007 | 08:08 | Order | 2 | DDT | B185655 | 48.44 | 0.10 |
| 09/25/2007 | 10:29 | Credit | 11 | DDT | K5465 | 48.44 | 48.54 |
| 10/01/2007 | 07:53 | Order | 2 | DDT | B186603 | 46.97 | 1.57 |
| 10/08/2007 | 09:34 | Order | 2 | DDT | B187550 | 0.80 | 0.77 |
| 10/15/2007 | 13:14 | Rec Payment | 10 | bsp | J12339 | 0.33 | 0.44 |
| 10/22/2007 | 08:09 | Order | 2 | DDT | B189438 | 0.23 | 0.21 |
| 11/19/2007 | 09:03 | Order | 2 | DDT | B193180 | 0.13 | 0.08 |
| 01/17/2008 | 11:58 | Add | 4 | gmw | D82815 | 30.00 | 30.08 |
| 01/21/2008 | 07:20 | Order | 2 | DDT | B201681 | 29.86 | 0.22 |
| 01/30/2008 | 11:08 | Add | 4 | gmw | D83468 | 50.00 | 50.22 |
| 02/04/2008 | 08:20 | Order | 2 | AFC | B203499 | 49.74 | 0.48 |
| 02/18/2008 | 07:37 | Order | 2 | DDT | B205360 | 0.42 | 0.06 |

Wether Shipley
H#356680
HRYCI
PO Box 9561
Wlm DE 19809

Peter T. DALLEO, Clerk
Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wlm, Del 19801-3570