IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAR SHIPLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-110-GMS |
| WARDEN RAPHEAL WILLIAMS, GENE BINKLEY, and M.D. RALPH SMITH, | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
MAR 25 2008
U.S. DISTRICT COURT
DIST/

I, Victar Shipley, SBI #356680, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $ 4.34 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 14, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March, 19, 2008.

_____
Signature of Plaintiff



WILMINGTON DE 197
24 MAR 2008 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wil DE 19801-3570

Victor Shipley
3SCC80 PO Box 9561
HRYCI 19809